FILED

2013 SEP 30 PM 3: 53

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT CALIF.
LOS ANGELES

BY:_____

Elizabeth P. Lin (State Bar No. 174663)
THE LIN LAW FIRM, APLC
2705 S. Diamond Bar Blvd., Suite 398
Diamond Bar, CA 91765
Telephone: (909) 595-5522
Facsimile: (909) 595-5519
elizabethl@thelinlawfirm.com

Mark P. Kindall (State Bar No. 138703)
Robert A. Izard (admitted *pro hac vice*)
Jeffrey S. Nobel (admitted *pro hac vice*)
Nicole A. Veno (admitted *pro hac vice*)
IZARD NOBEL LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: (860) 493-6292
Facsimile: (860) 493-6290
mkindall@izardnobel.com
rizard@izardnobel.com
jnobel@izardnobel.com
nveno@izardnobel.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALESSANDRA BALSER and RUTH KRESHA, Individually and on Behalf of All Others Similarly Situated, | No. 13-cv-05604-R-RZ |
| | CLASS ACTION |
| Plaintiffs, | **FIRST AMENDED CLASS ACTION COMPLAINT** |
| vs. | |
| THE HAIN CELESTIAL GROUP, INC., | DEMAND FOR JURY TRIAL |
| Defendant. | |

1

FIRST AMENDED CLASS ACTION COMPLAINT

ppose

Plaintiffs, by their attorneys, on behalf of themselves and all others similarly situated, make the following allegations pursuant to the investigation of their counsel and based on information and belief, except as to allegations pertaining to personal knowledge as to themselves.  Plaintiffs believe that substantial additional evidentiary support exists for the allegations set forth herein and will be available after a reasonable opportunity for discovery.

## **INTRODUCTION**

1.     The Hain Celestial Group ("Defendant" or "Hain Celestial") manufactures, sells, and distributes certain of its Alba Botanica brand lotion, body wash and hair care products using a marketing and advertising campaign that is centered around claims that the products are "Natural."[1]   The word "natural" appears prominently on the Principal Display Panel ("PDP") of each of the following products (collectively, the "Products"):

a.  **The Body Wash Products:** Natural Very Emollient Bath & Shower Gel (French Lavender, Honey Mango, Midnight Tuberose, Sparkling Mint and Island Citrus varieties); Natural Hawaiian Cocktail Body Wash (Creamy Pina Colada, Revitalizing Mai Tai and Exfoliating Lava Flow varieties); Natural Hawaiian Body Wash (Renewing Passion Fruit); Natural Hawaiian Exfoliating Body Wash (Rejuvenating Papaya Mango); and Natural Hawaiian Cream Body Wash (Nourishing Coconut Milk);

b.  **The Lotion Products:** Natural Very Emollient Body Lotion (Unscented Original, Daily Shade Spf 15, Original and Maximum

---

[1] Natural is defined as "existing in or produced by nature: not artificial." http://www.merriam-webster.com/dictionary/natural.  The FDA has not defined the term "natural" in the context of cosmetics.  To the contrary, on December 14, 2012, the FDA affirmed that "proceedings to define the term "natural" do not fit within [its] current health and safety priorities." Appellants' Motion to take Judicial Notice, Exhibit A at 3 *Astiana v. The Hain Celestial Group,* (No. 12-cv-17596) (9th Cir. March 22, 2013).

varieties); Natural Hawaiian After Sun Lotion (Replenishing Kona Coffee); Natural Hawaiian Hand & Body Lotion (Replenishing Cocoa Butter); and Natural Hawaiian Body Cream (Nourishing Coconut Milk, Rejuvenating Papaya Mango and Deep Moisturizing Kukui Nut varieties).

    c. **The Hair Care Products:** Natural Hawaiian Shampoo (Colorific Plumeria, Body Builder Mango, Drink It Up Coconut Milk, So Smooth Gardenia, Gloss Boss Honeydew and Real Repair Cocoa Butter varieties), Natural Hawaiian Conditioner (Colorific Plumeria, Body Builder Mango, Drink It Up Coconut Milk, So Smooth Gardenia, Gloss Boss Honeydew and Real Repair Cocoa Butter varieties) and Natural Hawaiian Leave-In Conditioning Mist (Drink It Up Coconut Milk).

2.    This action seeks to remedy the unfair and deceptive business practices arising from the marketing and sale of the Products as "Natural." The statement "Natural" on the PDP of the Products is false and misleading because, as set forth more fully herein, the Products contain unnatural synthetic ingredients.

3.    Plaintiffs and the Class paid a premium for the Products over comparable lotion, body wash and hair care products that did not purport to be "Natural." In direct contradiction to Defendant's representations, instead of receiving natural products, they received products that contained unnatural synthetic ingredients.

4.    Defendant's false representation that the Products are Natural constitutes unfair, unlawful, and fraudulent conduct, is likely to deceive members of the public, is unethical, oppressive, unscrupulous, and/or substantially injurious to consumers and violates California's legislatively declared policy against misrepresenting the characteristics of goods and services. As such, Defendant's

practices violate California's Consumers Legal Remedies Act, Cal. Civ. Code § 1750 *et seq.* (hereinafter, the "CLRA") and California's Unfair Competition Law, Cal. Bus. & Prof. Code § 17200, *et seq.* (hereinafter, the "UCL").  Accordingly, pursuant to Cal. Bus. & Prof. Code § 17203, Plaintiffs seek an order enjoining Defendant's acts of unfair competition and awarding restitution and other appropriate relief to the individual victims of Defendant's unfair and deceptive practices.  Additionally, Plaintiffs seek damages pursuant to Cal. Civ. Code § 1781(a).

## JURISDICTION AND VENUE

5.    This Court has original jurisdiction over the claims asserted herein individually and on behalf of the Class pursuant to 28 U.S.C. § 1332(d), as amended by the Class Action Fairness Act of 2005.  Subject matter jurisdiction is proper because: (1) the amount in controversy in this class action exceeds five million dollars, exclusive of interest and costs; and (2) a substantial number of the members of the proposed class are citizens of a state different from that of Defendant.  Personal jurisdiction is proper as Defendant has purposefully availed itself of the privilege of conducting business activities within the State of California.

6.    Venue is proper pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claim occurred in this District.

## PARTIES

7.    Plaintiff Alessandra Balser is a resident of Etna, New Hampshire and an individual consumer.  Plaintiff purchased Alba Botanica Natural Very Emollient Bath & Shower Gel in "Lavender" and Natural Very Emollient Lotion in "Maximum" and "Unscented Original" varieties at Huckleberry's Natural Market, 926 South Monroe Street, Spokane, WA 99204 in 2010 and the Co-Op Food

Stores, 45 South Park Street, Hanover, NH 03755 in 2011-2013. Plaintiff viewed and relied on the Products' PDPs that represented that the Products were "Natural" and paid a premium for the Products over comparable lotion and body wash products that do not purport to be natural.

8.     Plaintiff Ruth Kresha is a resident of Bakersfield, California and an individual consumer. Plaintiff purchased Alba Botanica Natural Very Emollient Lotion in "Unscented Original," Natural Hawaiian Shampoo in "Drink It Up Coconut Milk," Natural Hawaiian Conditioner in "Drink It Up Coconut Milk" and Natural Hawaiian Leave-In Conditioning Mist in "Drink it Up Coconut Milk" at Whole Foods, 500 Wilshire Boulevard, Santa Monica, CA 90401 on approximately April 6, 2013. Plaintiff viewed and relied on the Products' PDPs that represented that the Products were "Natural" and paid a premium for the Products over comparable lotion and hair care products that do not purport to be natural.

9.     Defendant The Hain Celestial Group, Inc. is a corporation organized and existing under the laws of the State of Delaware with its headquarters and principal place of business in Lake Success, NY. Hain Celestial manufactures its Alba Botanica brand products in Culver City, California.[2]

## SUBSTANTIVE ALLEGATIONS

10.     Consumers have become increasingly concerned about the effects of synthetic and chemical ingredients in food, cleaning, bath and beauty, and everyday household products. Companies such as Hain Celestial have capitalized on consumer appetite for "natural products." Indeed, consumers are willing to pay, and have paid, a premium for products branded "natural" over ordinary products that contain synthetic ingredients. In 2010, for example, nationwide sales of natural products totaled $117 billion.[3]

---

[2] http://www.sec.gov/Archives/edgar/data/910406/000144530512002779/hain-6302012x10k.htm

[3] http://www.npainfo.org/NPA/About_NPA/NPA/AboutNPA/AbouttheNaturalProductsAssociati on.aspx?hkey=8d3a15ab-f44f-4473-aa6e-ba27ccebcbb8

11.     Alba Botanica is a brand of body, facial, hair and sun care products manufactured and marketed by Hain Celestial and sold in drugstores and grocery stores such as Whole Foods and Stop & Shop nationwide.

12.     Since approximately December 2010, Defendant has falsely represented that the Products are "Natural."  The term "Natural" in the color green appears next to a leaf prominently on the PDP of each Product:



13.     The back labels of the Products state that the Products contain "100% Vegetarian ingredients."[4]

14.     Additionally, certain of the Products' back labels represent that the products are Natural.  For example, the back of Alba Botanica Natural Very Emollient Lotion, Maximum Variety, states,

---

[4] The Merriam-Webster dictionary defines "vegetarian" as "consisting wholly of vegetables, fruits, grains, nuts, and sometimes eggs or dairy products." http://www.merriam-webster.com/dictionary/vegetarian.

Give severely dry skin what it craves:
**A natural, maximum moisture body lotion** packed with rich botanical emollients and humectants to relieve dry, itchy skin instantly and provide 24 hours of hydration. Alba Botanica Very Emollient Body Lotion blends aloe vera, green tea and chamomile extracts plus antioxidants to nourish, soothe and soften dry skin on contact. Cellular renewal is supported with alpha hydroxy acids so extremely rough, dry skin develops a fresh and healthy appearance.

[Emphasis added; emphasis omitted from original].

15.    Alba Botanica's website further touts the "natural" composition of the Products,[5] writing,

**About Alba Botanica**[6]
Alba Botanica. **We make natural, 100% vegetarian personal care products** that do beautiful for you and your friends: people, animals + earth. This means we DON'T use parabens, sulfates, or phthalates.

**Mission**
The Alba Botanica® mission is to Do Beautiful. **We offer natural, 100% vegetarian personal care products** that do beautiful for you, your friends and the animals and Earth you love. **We offer a full range of products packed with potent natural, botanical ingredients that are formulated to nourish the individualized needs of your skin and hair**.

[… …]

**Products**
**Our products contain natural, organic and cruelty-free ingredient alternatives which are 100% vegetarian. We passionately strive to deliver the finest possible formulations for the ultimate efficacy and benefits to your skin and hair. We make maximum use of ingredients from our wonderful Earth's plant sources…from rich vegetable and nut oils to pure plant waxes to herbal extracts and pure essential oils.**

[… …]

---

[5] http://www.albabotanica.com/about-alba

[6] Botanica is defined as "a shop that deals in herbs and charms used especially by adherents of Santeria." http://www.merriam-webster.com/dictionary/botanica

Alba Botanica® products are formulated without: parabens, phthalates, artificial colors, propylene glycol, aluminum, mineral oil, petrolatum, oxybenzone, PABA, nano-particles, DEA, MEA or TEA, PEGs and PEG derivatives, ethoxylated ingredients associated with 1,4 dioxane, formaldehyde donors, or GMOs.

[Emphasis and footnote added].

16.     The term "Natural" constitutes a representation to a reasonable consumer that the ***entire formula*** is comprised of natural ingredients.  The term "Natural" is misleading to a reasonable consumer because the Products actually contain numerous unnatural synthetic ingredients.  That a reasonable consumer would be misled by this representation is further bolstered by Defendant's use of the phrase "100% Vegetarian Ingredients," which appears on the back label of the Products.

## THE UNNATURAL INGREDIENTS

17.     In direct contradiction of Defendant's misrepresentations, the Products contain the following unnatural ingredients:

   a.  The Lotion Products each contain six or more of the following unnatural synthetic ingredients:

      i.  ***Alpha-isomethyl Ionone*** – a synthetic scent chemical;[7]

      ii.  ***Ascorbic Acid*** – synthetic vitamin C that is classified as a chemical preservative;[8]

      iii.  ***Benzyl Benzoate*** – a solvent and preservative associated with allergies and contact dermatitis;[9]

---

[7] http://www.ewg.org/skindeep/ingredient/700295/ALPHA-ISOMETHYL_IONONE/.  Found in Hawaiian Hand & Body Lotion (Replenishing Cocoa Butter).

[8] 21 C.F.R. 182.3013.  Found in Natural Very Emollient Body Lotion (Maximum and Daily Shade Spf 15 varieties).

[9] http://www.ewg.org/skindeep/ingredient/700698/BENZYL_BENZOATE/.  Found in Natural Hawaiian After-Sun Lotion (Replenishing Kona Coffee), Natural Very Emollient Body Lotion (Maximum and Original varieties) and Natural Hawaiian Hand & Body Lotion (Replenishing Cocoa Butter).

iv.   ***Benzyl Salicylate*** – a synthetic fragrance ingredient;[10]

v.   ***Carbomer*** – a synthetic emulsion stabilizer;[11]

vi.   ***Cetearyl Alcohol*** – a synthetic emulsion stabilizer;[12]

vii.   ***Dehydroacetic Acid*** – a synthetic preservative;[13]

viii.   ***Dimethicone*** – a synthetic silicon-based polymer used as an antifoaming and skin conditioning agent;[14]

ix.   ***Ethylhexyl Salicylate*** a/k/a octisalate – a synthetic UVB absorber;[15]

x.   ***Ethylhexyl Stearate*** – a synthetic skin conditioning agent;[16]

xi.   ***Ethylhexylglycerin*** – a synthetic preservative and skin conditioning agent;[17]

---

[10]   http://www.ewg.org/skindeep/ingredient/700701/BENZYL_SALICYLATE/.   Found in Natural Very Emollient Body Lotion (Maximum and Original varieties).

[11]   http://www.ewg.org/skindeep/ingredient/701088/CARBOMER/.   Found in Natural Hawaiian After-Sun Lotion (Replenishing Kona Coffee) and Natural Hawaiian Body Cream (Deep Moisturizing Kukui Nut, Rejuvenating Papaya Mango and Nourishing Coconut Milk varieties).

[12]   http://www.ewg.org/skindeep/ingredient/701236/CETEARYL_ALCOHOL/.   Found in Natural Very Emollient Body Lotion (Maximum, Original, Unscented Original and Daily Shade Spf 15 varieties) and Natural Hawaiian Hand & Body Lotion (Replenishing Cocoa Butter).

[13]   http://www.ewg.org/skindeep/ingredient/701893/DEHYDROACETIC_ACID/.   Found in Natural Very Emollient Body Lotion (Maximum, Original, Unscented Original and Daily Shade Spf 15 varieties).

[14]   http://www.ewg.org/skindeep/ingredient/702011/DIMETHICONE/.   Found in all of the Lotion Products.

[15]   http://www.ewg.org/skindeep/ingredient/704204/OCTISALATE/.   Found in Natural Very Emollient Body Lotion (Daily Shade Spf 15).

[16]   http://www.ewg.org/skindeep/ingredient/702350/ETHYLHEXYL_STEARATE/.   Found in Natural Very Emollient Body Lotion (Maximum, Original and Unscented Original varieties).

[17]   http://www.ewg.org/skindeep/ingredient/702352/ETHYLHEXYLGLYCERIN/.   Found in Natural Hawaiian After-Sun Lotion (Replenishing Kona Coffee), Natural Hawaiian Hand & Body Lotion (Replenishing Cocoa Butter) and Natural Hawaiian Body Cream (Deep Moisturizing Kukui Nut and Rejuvenating Papaya Mango varieties).

xii. *Fragrance* – an undisclosed mixture of scent chemicals and ingredients;[18]

xiii. *Glyceryl Stearate* – a synthetic skin conditioning and emulsifying agent;[19]

xiv. *Glyceryl Stearate SE* – a synthetic surfactant and emulsifying agent;[20]

xv. *Glycolic Acid* – a synthetic exfoliant;[21]

xvi. *Homosalate* – a synthetic sunscreen ingredient that is a weak hormone disruptor;[22]

xvii. *Hydroxycitronellal* – a synthetic fragrance ingredient;[23]

xviii. *Octocrylene* – a synthetic UV absorber;[24]

xix. *Phenoxyethanol* – a synthetic preservative;[25]

xx. *Polysorbate 60* – a synthetic emulsifier and surfactant;[26]

---

[18] http://www.ewg.org/skindeep/ingredient.php?ingred06=702512#.  Found in all of the Lotion Products except Natural Very Emollient Body Lotion (Unscented Original).

[19] http://www.ewg.org/skindeep/ingredient/702648/GLYCERYL_MONOSTEARATE/.  Found in Natural Hawaiian Body Cream (Deep Moisturizing Kukui Nut, Rejuvenating Papaya Mango, and Nourishing Coconut Milk varieties).

[20] http://www.ewg.org/skindeep/ingredient/702658/GLYCERYL_STEARATE_SE/.  Found in Natural Hawaiian After-Sun Lotion (Replenishing Kona Coffee), Natural Very Emollient Body Lotion (Maximum, Original, Unscented Original and Daily Shade Spf 15 varieties) and Natural Hawaiian Hand & Body Lotion (Replenishing Cocoa Butter).

[21] http://www.ewg.org/skindeep/ingredient/702704/GLYCOLIC_ACID/.  Found in Natural Very Emollient Body Lotion (Maximum and Daily Shade Spf 15 varieties).

[22] http://www.ewg.org/skindeep/ingredient/702867/HOMOSALATE/.  Found in Natural Very Emollient Body Lotion (Daily Shade Spf 15).

[23] http://www.ewg.org/skindeep/ingredient/703051/HYDROXYCITRONELLAL/.  Found in Natural Very Emollient Body Lotion (Maximum and Original varieties).

[24] http://www.ewg.org/skindeep/ingredient/704206/OCTOCRYLENE/.  Found in Natural Very Emollient Body Lotion (Daily Shade Spf 15).

[25] http://www.ewg.org/skindeep/ingredient/704811/PHENOXYETHANOL/.  Found in all of the Lotion Products.

xxi. ***Potassium Hydroxide*** – a caustic inorganic base that functions as a pH adjuster and buffering agent;[27]

xxii. ***Sodium Benzoate*** – a synthetic preservative;[28]

xxiii. ***Sodium Carbomer –*** a synthetic emulsion stabilizer;[29]

xxiv. ***Sodium Cocoyl Glutamate*** – a synthetic surfactant;[30]

xxv. ***Sodium Hydroxide-*** a synthetic caustic base;[31]

xxvi. ***Sodium PCA*** – a synthetic skin conditioning agent;[32]

xxvii. ***Sodium Riboflavin Phosphate*** – a synthetic skin conditioning agent;[33]

xxviii. ***Stearyl Alcohol*** – a synthetic emulsifying agent;[34]and

---

[26] http://www.ewg.org/skindeep/ingredient/705139/POLYSORBATE-60/.   Found in Natural Very Emollient Body Lotion (Maximum, Original, Unscented Original and Daily Shade Spf 15 varieties), Natural Hawaiian Hand & Body Lotion (Replenishing Cocoa Butter) and Natural Hawaiian Body Cream (Deep Moisturizing Kukui Nut, Rejuvenating Papaya Mango and Nourishing Coconut Milk varieties).

[27] http://www.ewg.org/skindeep/ingredient/705204/POTASSIUM_HYDROXIDE/.   Found in Natural Very Emollient Body Lotion (Maximum, Original, Unscented Original and Daily Shade Spf 15 varieties) and Natural Hawaiian Hand & Body Lotion (Replenishing Cocoa Butter).

[28] http://www.ewg.org/skindeep/ingredient/705989/SODIUM_BENZOATE/.   Found in Natural Hawaiian Hand & Body Lotion (Replenishing Cocoa Butter).

[29] http://www.ewg.org/skindeep/ingredient/706009/SODIUM_CARBOMER/.   Found in Natural Hawaiian Body Cream (Rejuvenating Papaya Mango and Nourishing Coconut Milk varieties).

[30] http://www.ewg.org/skindeep/ingredient/706044/SODIUM_COCOYL_GLUTAMATE/. Found in Natural Hawaiian After-Sun Lotion (Replenishing Kona Coffee).

[31] http://www.ewg.org/skindeep/ingredient/706075/SODIUM_HYDROXIDE/.   Found in Natural Hawaiian After-Sun Lotion (Replenishing Kona Coffee).

[32] http://www.ewg.org/skindeep/ingredient/706151/SODIUM_PCA/.   Found in Natural Hawaiian After-Sun Lotion (Replenishing Kona Coffee) and Natural Hawaiian Hand & Body Lotion (Replenishing Cocoa Butter).

[33] http://www.ewg.org/skindeep/ingredient/706174/SODIUM_RIBOFLAVIN_PHOSPHATE/. Found in Natural Hawaiian Hand & Body Lotion (Replenishing Cocoa Butter).

[34] http://www.ewg.org/skindeep/ingredient/706325/STEARYL_ALCOHOL/.   Found in Natural Hawaiian Body Cream (Deep Moisturizing Kukui Nut, Rejuvenating Papaya Mango and Nourishing Coconut Milk varieties).

xxix. ***Tocopheryl Acetate*** – a synthetic skin conditioning agent susceptible to contamination by hydroquinone, a chemical associated with organ toxicity.[35]

b. The Body Wash Products each contain six or more of the following unnatural synthetic ingredients:

    i. ***Ascorbic Acid*** – see Paragraph 17(a)(ii);[36]

    ii. ***Benzyl Benzoate*** – see Paragraph 17(a)(iii);[37]

    iii. ***Benzyl Salicylate*** – see Paragraph 17(a)(iv);[38]

    iv. ***Butylphenyl Methylpropional*** *a/k/a lilial* – a synthetic scent ingredient associated with allergies and contact dermatitis;[39]

    v. ***Carbomer*** – see Paragraph 17(a)(v);[40]

    vi. ***Cetearyl Alcohol*** – see Paragraph 17(a)(vi);[41]

    vii. ***Cocamidopropyl Hydroxysultaine*** – a synthetic skin and hair conditioning agent;[42]

---

[35] http://www.ewg.org/skindeep/ingredient/706569/TOCOPHERYL_ACETATE/.    Found in Natural Very Emollient Body Lotion (Maximum, Original, Unscented Original and Daily Shade Spf 15 varieties), Natural Hawaiian Hand & Body Lotion (Replenishing Cocoa Butter) and Natural Hawaiian Body Cream (Deep Moisturizing Kukui Nut, Rejuvenating Papaya Mango, and Nourishing Coconut Milk varieties).

[36] Found in Hawaiian Cream Body Wash (Nourishing Coconut Milk).

[37] Found in Natural Hawaiian Body Wash (Revitalizing Mai Tai and Renewing Passion Fruit varieties) and Natural Very Emollient Bath & Shower Gel (Honey Mango).

[38] Found in Natural Very Emollient Bath & Shower Gel (Honey Mango).

[39] http://www.ewg.org/skindeep/ingredient/700872/LILIAL/.   Found in Natural Very Emollient Bath & Shower Gel (Honey Mango).

[40] Found in Natural Hawaiian Cream Body Wash (Nourishing Coconut Milk).

[41] Found in Natural Hawaiian Cream Wash (Nourishing Coconut Milk).

[42] http://www.ewg.org/skindeep/ingredient/701523/COCAMIDOPROPYL_HYDROXYSULTAINE/.  Found in Natural Hawaiian Cocktail Body Wash (Exfoliating Lava Flow).

viii. ***Cocamidopropyl Betaine*** – a synthetic surfactant[43] used to boost foaming and control viscosity;[44]

ix. ***Decyl Glucoside-*** a synthetic surfactant;[45]

x. ***Dimethicone*** – see Paragraph 17(a)(viii);[46]

xi. ***Disodium Laureth Sulfosuccinate*** –  a synthetic surfactant and foam booster;[47]

xii. ***Ethylhexylglycerin*** – see Paragraph 17(a)(xi);[48]

xiii. ***Fragrance*** – see Paragraph 17(a)(xii); [49]

xiv. ***Glyceryl Stearate*** – see Paragraph 17(a)(xiii);[50]

xv. ***Hydroxycitronellal*** – see Paragraph 17(a)(xvii);[51]

xvi. ***Phenoxyethanol*** – see Paragraph 17(a)(xix);[52]

---

[43]  A surfactant is a chemical used to stabilize mixtures of oil and water by reducing surface tension to ensure ingredients are evenly distributed throughout the product.

[44]  http://www.ewg.org/skindeep/ingredient/701520/COCAMIDOPROPYL_BETAINE/.   Found in all Body Wash Products except for Natural Hawaiian Cream Body Wash (Nourishing Coconut Milk).

[45]   http://www.truthinaging.com/ingredients/decyl-glucoside.   Found in Natural Hawaiian Exfoliating Body Wash (Rejuvenating Papaya Mango).

[46] Found in Natural Hawaiian Cream Body Wash (Nourishing Coconut Milk).

[47]http://www.ewg.org/skindeep/ingredient/702148/DISODIUM_LAURETH_SULFOSUCCINA TE/.  Found in Natural Very Emollient Shower Gel (French Lavender, Honey Mango, Sparkling Mint and Island Citrus varieties) and Natural Hawaiian Cream Body Wash (Nourishing Coconut Milk).

[48] Found in Natural Very Emollient Shower Gel (French Lavender, Honey Mango, Sparkling Mint, Midnight Tuberose and Island Citrus varieties) and Hawaiian Body Wash (Renewing Passion Fruit).

[49] Found in all Body Wash Products.

[50] Found in Natural Very Emollient Shower Gel (French Lavender, Honey Mango, Sparkling Mint, Midnight Tuberose and Island Citrus varieties) and Natural Hawaiian Cream Body Wash (Nourishing Coconut Milk).

[51] Found in Natural Hawaiian Cocktail Body Wash (Exfoliating Lava Flow) and Natural Very Emollient Bath & Shower Gel (Midnight Tuberose).

[52] Found in Natural Very Emollient Shower Gel (French Lavender, Honey Mango, Sparkling Mint, Midnight Tuberose and Island Citrus varieties), Natural Hawaiian Exfoliating Body Wash

1    xvii.  *Polysorbate 20* – a synthetic surfactant susceptible to

2           contamination by carcinogens 1-4 dioxane and ethylene

3           oxide;[53]

4    xviii.  *Polysorbate 60* – see Paragraph 17(a)(xx);[54]

5     xix.  *Retinyl Palmitate* – a synthetic skin conditioning agent.  When

6           exposed to UV light the retinol compounds produce toxic free

7           radicals that can damage DNA and cause gene mutations;[55]

8      xx.  *Sodium Benzoate* – see Paragraph 17(a)(xxii);[56]

9     xxi.  *Sodium Coco-sulfate* – a synthetic surfactant;[57]

10    xxii.  *Sodium Cocoyl Isethionate* – a synthetic surfactant;[58]

11   xxiii.  *Sodium Hydroxide* – see Paragraph 17(a)(xxv);[59]

12   xxiv.  *Sodium Lauryl Sulfoacetate* – a synthetic surfactant;[60]

---

(Rejuvenating Papaya Mango), Natural Hawaiian Body Wash (Renewing Passion Fruit) and Natural Hawaiian Cream Body Wash (Nourishing Coconut Milk).

[53]  http://www.ewg.org/skindeep/ingredient/705137/POLYSORBATE-20/.    Found in Natural Hawaiian Cocktail Body Wash (Creamy Pina Colada and Revitalizing Mai Tai varieties).

[54]  Found in Natural Hawaiian Cream Body Wash (Nourishing Coconut Milk).

[55]http://www.ewg.org/skindeep/ingredient/705545/RETINYL_PALMITATE_%28VITAMIN_A _PALMITATE%29/#.   Found in Natural Hawaiian Cream Body Wash (Nourishing Coconut Milk).

[56]  Found in Natural Hawaiian Cocktail Body Wash (Creamy Pina Colada, Revitalizing Mai Tai, and Exfoliating Lava Flow varieties) and Hawaiian Body Wash (Renewing Passion Fruit).

[57]  http://www.ewg.org/skindeep/ingredient/706033/SODIUM_COCO-SULFATE/.    Found in Natural Hawaiian Cocktail Body Wash (Creamy Pina Colada, Revitalizing Mai Tai and Exfoliating Lava Flow varieties).

[58]http://www.ewg.org/skindeep/ingredient/706048/SODIUM_COCOYL_ISETHIONATE/. Found in Natural Very Emollient Bath & Shower Gel (French Lavender, Honey Mango, Midnight Tuberose, Sparkling Mint and Island Citrus varieties) and Natural Hawaiian Cocktail Body Wash (Exfoliating Lava Flow).

[59]  Found in Natural Hawaiian Exfoliating Body Wash (Rejuvenating Papaya Mango).

[60]http://www.ewg.org/skindeep/ingredient/706111/SODIUM_LAURYL_SULFOACETATE/. Found in Natural Very Emollient Bath & Shower Gel (French Lavender, Honey Mango, Midnight Tuberose, Sparkling Mint and Island Citrus varieties) and Natural Hawaiian Body Wash (Renewing Passion Fruit).

---

14

1          xxv.   *Sodium PCA* – see Paragraph 17(a)(xxvi);[61]

2         xxvi.   *Sorbitan Laurate* – a synthetic surfactant and emulsifying

3            agent;[62]

4       xxvii.   *Soyamidopropalkonium Chloride* – a synthetic antistatic

5            agent;[63]

6     xxviii.   *Stearyl Alcohol* – see Paragraph 17(a)(xxviii);[64] and

7       xxix.   *Tocopheryl Acetate* – see Paragraph 17(a)(xxix).[65]

8     c.   The Hair Care Products each contain seven or more of the following

9      unnatural synthetic ingredients.

10         i.   *Amodimethicone* – a synthetic silicon based polymer.[66]

11        ii.   *Ascorbic Acid* – See Paragraph 17(a)(ii).[67]

12       iii.   *Behentrimonium Chloride* – a synthetic preservative.[68]

13       iv.   *Benzyl Benzoate* – See Paragraph 17(a)(iii).[69]

14

15 [61] Found in Natural Hawaiian Cocktail Body Wash (Creamy Pina Colada), Natural Hawaiian Exfoliating Body Wash (Rejuvenating Papaya Mango) and Natural Hawaiian Cream Body Wash (Nourishing Coconut Milk).

16

17 [62] http://www.ewg.org/skindeep/ingredient/706229/SORBITAN_LAURATE/. Found in Natural Hawaiian Exfoliating Body Wash (Rejuvenating Papaya Mango).

18 [63]http://www.ewg.org/skindeep/ingredient/724078/SOYAMIDOPROPALKONIUM_CHLORIDE. Found in Natural Hawaiian Body Wash (Renewing Passion Fruit).

19 [64] Found in Natural Hawaiian Cream Body Wash (Nourishing Coconut Milk).

20 [65] Found in Natural Hawaiian Cocktail Body Wash (Creamy Pina Colada, Revitalizing Mai Tai

21 and Exfoliating Lava Flow varieties) and Hawaiian Cream Body Wash (Nourishing Coconut Milk).

22 [66] http://www.ewg.org/skindeep/ingredient/700387/AMODIMETHICONE/. Found in Natural Hawaiian Conditioner (All varieties except for Real Repair Cocoa Butter).

23

24 [67] Found in Natural Hawaiian Shampoo (Body Builder Mango and Real Repair Cocoa Butter varieties).

25 [68]http://www.ewg.org/skindeep/ingredient/700657/BEHENTRIMONIUM_CHLORIDE/. Found in Natural Hawaiian Conditioner (All varieties).

26

27 [69] Found in Natural Hawaiian Shampoo (Colorific Plumeria and Real Repair Cocoa Butter varieties) and Natural Hawaiian Conditioner (Colorific Plumeria and Real Repair Cocoa Butter varieties).

28

v. ***Benzyl Salicylate*** – See Paragraph 17(a)(iv).[70]

vi. ***Butylphenyl Methylpropional*** – See Paragraph 17(b)(iv).[71]

vii. ***Caprylic/Capric Triglyceride*** – a synthetic fragrance and skin-conditioning ingredient.[72]

viii. ***Centrimonium Chloride*** – a synthetic preservative.[73]

ix. ***Cocamidopropyl Betaine*** – See Paragraph 17(a)(viii);[74]

x. ***Dimethicone*** – See Paragraph 17(a)(viii).[75]

xi. ***Dehydroacetic Acid*** – a synthetic preservative.[76]

xii. ***Ethylhexylglycerin*** – See Paragraph 17(a)(xi).[77]

xiii. ***Fragrance*** – See Paragraph 17(a)(xii).[78]

xiv. ***Glyceryl Stearate SE*** – See Paragraph 17(a)(xiv).[79]

---

[70] Found in Natural Hawaiian Shampoo (Colorific Plumeria, Drink It Up Coconut Milk and So Smooth Gardenia varieties) and Natural Hawaiian Conditioner (Colorific Plumeria and Drink It Up Coconut Milk variety).

[71] Found in Natural Hawaiian Shampoo (Colorific Plumeria) and Natural Hawaiian Conditioner (Colorific Plumeria and So Smooth Gardenia varieties).

[72] http://www.ewg.org/skindeep/ingredient/701056/CAPRYLIC%3B%3B_CAPRIC_TRIGLYCERIDE/.  Found in Natural Hawaiian Leave-In Conditioning Mist (Drink It Up Coconut Milk).

[73] http://www.ewg.org/skindeep/ingredient/701258/CETRIMONIUM_CHLORIDE/.   Found in Natural Hawaiian Conditioner (Body Builder Mango and Real Repair Cocoa butter varieties).

[74] Found in Natural Hawaiian Shampoo (all varieties) and Natural Hawaiian Conditioner (all varieties).

[75] Found in Natural Hawaiian Shampoo (Drink It Up Coconut Milk) and Natural Hawaiian Conditioner (Body Builder Mango and Real Repair Cocoa Butter varieties).

[76] http://www.ewg.org/skindeep/ingredient/701893/DEHYDROACETIC_ACID/.   Found in Natural Hawaiian Shampoo (Body Builder Mango, So Smooth Gardenia, Gloss Boss Honeydew, and Real Repair Cocoa Butter varieties).

[77] Found in Natural Hawaiian Shampoo (So Smooth Gardenia) and Natural Hawaiian Conditioner (Colorific Plumeria, Drink It Up Coconut Milk, So Smooth Gardenia and Gloss Boss Honeydew varieties).

[78] Found in Natural Hawaiian Shampoo (all varieties).

[79] Found in Natural Hawaiian Leave-In Conditioning Mist (Drink It Up Coconut Milk), and Natural Hawaiian Conditioner (Body Builder Mango and Real Repair Cocoa Butter varieties).

xv. ***Guar Hydroxypropyltrimonium Chloride*** – a synthetic hair conditioning and antistatic agent.[80]

xvi. ***Hydroxyisohexyl 3-Cyclohexene Carboxaldehyde*** – a fragrance ingredient associated with allergic reactions in people with pre-existing eczema.[81]

xvii. ***Phenoxyethanol*** – See Paragraph 17(b)(xix).[82]

xviii. ***Polysorbate 60*** – See Paragraph 17(a)(xx).[83]

xix. ***Retinyl Palmitate*** – See Paragraph 17(b)(xix).[84]

xx. ***Sodium Benzoate*** – See Paragraph 17(a)(xxii).[85]

xxi. ***Sodium Coco-Sulfate*** – See Paragraph 17(b)(xxi).[86]

xxii. ***Sodium Cocoyl Isethionate*** – see Paragraph 17(b)(xxii);[87]

xxiii. ***Sodium Lauryl Sulfoacetate*** – see Paragraph 17(b)(xxiv);[88]

---

[80]http://www.ewg.org/skindeep/ingredient/702759/GUAR_HYDROXYPROPYLTRIMONIUM_ CHLORIDE/.   Found in Natural Hawaiian Shampoo (all varieties) and Natural Hawaiian Conditioner (Colorific Plumeria, Drink It Up Coconut Milk, So Smooth Gardenia and Gloss Boss Honeydew varieties).

[81]    http://www.truthinaging.com/ingredients/hydroxyisohexyl-3-cyclohexene-carboxaldehyde. Found in Natural Hawaiian Shampoo (Colorific Plumeria and So Smooth Gardenia varieties) and Natural Hawaiian Conditioner (Colorific Plumeria and So Smooth Gardenia varieties).

[82]  Found in Natural Hawaiian Shampoo (Body Builder Mango, So Smooth Gardenia, Gloss Boss Honeydew and Real Repair Cocoa Butter varieties), Natural Hawaiian Leave-In Conditioning Mist (Drink It Up Coconut Milk) and Natural Hawaiian Conditioner (all varieties).

[83]  Found in Natural Hawaiian Conditioner (Body Builder Mango and Real Repair Cocoa Butter varieties).

[84]   Found in Natural Hawaiian Shampoo (Body Builder Mango and Real Repair Cocoa Butter varieties), Natural Hawaiian Leave-In Conditioning Mist (Drink It Up Coconut Milk) and Natural Hawaiian Conditioner (Body Builder Mango and Real Repair Coconut Butter varieties).

[85]   Found in Natural Hawaiian Shampoo (all varieties), Natural Hawaiian Leave-In Conditioning Mist (Drink It Up Coconut Milk) and Natural Hawaiian Conditioner (all varieties except for Gloss Boss Honeydew).

[86]  Found in Natural Hawaiian Shampoo (Body Builder Mango and Real Repair Cocoa Butter varieties).

[87]  Found in Natural Hawaiian Shampoo (Colorific Plumeria, So Smooth Gardenia, Gloss Boss Honeydew and Real Repair Cocoa Butter varieties)

xxiv. ***Sodium PCA*** – See Paragraph 17(b)(xxvi).[89]

xxv. ***Sodium Stearoyl Glutamate*** – a synthetic hair conditioning agent.[90]

xxvi. ***Triethyl Citrate*** – a synthetic hair conditioning agent.[91]

xxvii. ***Tocopheryl Acetate*** – See Paragraph 17(a)(xxix).[92]

18.     As set forth herein, Plaintiffs and the members of the Classes and Subclasses described below suffered an ascertainable loss in at least the following amounts, in that they paid a premium for the Products over comparable products that are not represented to be comprised entirely of natural ingredients:

| Lotion Products | | |
|---|---|---|
| ***Alba Botanica "Natural" Product:*** Natural Very Emollient Body Lotion (Original, Unscented and Maximum varieties) | ***Price:*** $11.50-$12.00/12 oz[93] | ***Price Per Ounce:*** $0.96-$1.00 |
| ***Comparable product:*** Nature's Gate Herbal Skin Therapy Lotion | ***Price:*** $9.79/18 oz[94] | ***Price Per Ounce:*** $0.54 |

[88]   Found in Natural Hawaiian Shampoo (all varieties except for Real Repair Cocoa Butter), Natural Hawaiian Conditioner (Colorific Plumeria, So Smooth Gardenia, Gloss Boss Honeydew and Real Repair Cocoa Butter varieties).

[89]   Found in Natural Hawaiian Shampoo (Colorific Plumeria, Drink It Up Coconut Milk and Gloss Boss Honeydew varieties), Natural Hawaiian Leave-In Conditioning Mist (Drink It Up Coconut Milk) and Natural Hawaiian Conditioner (Body Builder Mango).

[90] http://www.ewg.org/skindeep/ingredient/706192/SODIUM_STEAROYL_GLUTAMATE. Found in Natural Hawaiian Leave-In Conditioning Mist (Drink It Up Coconut Milk).

[91]  http://www.ewg.org/skindeep/ingredient/706644/TRIETHYL_CITRATE/.   Found in Natural Hawaiian Leave-In Conditioning Mist (Drink It Up Coconut Milk).

[92] Found in Natural Hawaiian Shampoo (Colorific Plumeria, Drink It Up Coconut Milk, Gloss Boss Honeydew and Real Repair Cocoa Butter varieties), Natural Hawaiian Leave-In Conditioning Mist (Drink It Up Coconut Milk) and Natural Hawaiian Conditioner (Body Builder Mango and Real Repair Cocoa Butter varieties).

[93] http://www.albabotanica.com/body/body-moisturizers.html

[94] http://www.drugstore.com/natures-gate-herbal-skin-therapy-lotion/qxp40898?catid=182936

| Premium paid per ounce: | $0.42-$0.46 |
|---|---|
| Premium paid per 12  ounce product: | *$5.04 - $5.52* |

| Alba Botanica "Natural" Product:<br>Natural Very Emollient Body Lotion (Daily Shade Formula, SPF 15) | Price:<br>$14.50/12 oz[95] | Price Per Ounce:<br>$1.21 |
|---|---|---|
| Comparable product:<br>Aveeno Daily Moisturizing Lotion with Sunscreen, SPF 15 | Price:<br>($11.79/12 oz)[96] | Price Per Ounce:<br>$0.98 |
| Premium paid per ounce: | $0.23 | |
| Premium paid per 12  ounce product: | *$2.76* | |

| Alba Botanica "Natural" Product:<br>Natural Hawaiian After Sun Lotion (Replenishing Kona Coffee) | Price:<br>$11.95/8.5 oz[97] | Price Per Ounce:<br>$1.41 |
|---|---|---|
| Comparable product:<br>Banana Boat Aloe After Sun Lotion | Price:<br>$6.99/16 oz[98] | Price Per Ounce:<br>$0.44 |
| Premium paid per ounce: | $0.97 | |
| Premium paid per 8.5  ounce product | *$8.25* | |

| Alba Botanica "Natural" Product: | Price: | Price Per |
|---|---|---|

---

[95] http://www.albabotanica.com/body/body-moisturizers/daily-shade-spf-15.html

[96] http://www.drugstore.com/aveeno-active-naturals-daily-moisturizing-lotion-spf-15/qxp184048?catid=184131

[97] http://www.albabotanica.com/sun/after-sun/replenishing-kona-coffee.html

[98] http://www.drugstore.com/banana-boat-aloe-after-sun-lotion/qxp16175?catid=184130

Case 2:13-cv-05604-R-RZ   Document 18   Filed 09/30/13   Page 20 of 41   Page ID #:98

| Natural Hawaiian Hand & Body Lotion (Replenishing Cocoa Butter) | $10.50/7 oz[99] | *Ounce:* $1.50 |
|---|---|---|
| *Comparable product:* J.R. Watkins Hand  & Body Cream | *Price:* $10.89/11 oz[100] | *Price Per Ounce:* $0.99 |
| *Premium paid per ounce:* | | $0.51 |
| *Premium paid per 7 oz product:* | | *$3.57* |

| *Alba Botanica "Natural" Product:* Natural Hawaiian Body Cream (Deep Moisturizing Kukui Nut, Rejuvenating Papaya Mango, Nourishing Coconut Milk | *Price:* $13.99/6.5 oz[101] | *Price Per Ounce:* $2.15 |
|---|---|---|
| *Comparable product:* Burt's Bees Body Butter | *Price:* $12.99/6.5 oz[102] | *Price Per Ounce:* $2.00 |
| *Premium paid per ounce:* | | $0.15 |
| *Premium paid per 6.5 oz product:* | | *$1.00* |

**Body Wash Products**

| *Alba Botanica "Natural" Product:* Natural Very Emollient Bath & Shower Gel (all varieties) | *Price:* $9.50/12 oz[103] | *Price Per Ounce:* $0.79 |
|---|---|---|
| *Comparable product:* | *Price:* | *Price Per* |

---

[99] http://www.albabotanica.com/body/body-moisturizers/replenishing-cocoa-butter.html

[100]http://www.drugstore.com/j-r-watkins-hand-and-body-lotion-lemon-cream/qxp232806?catid=182918

[101] http://www.albabotanica.com/body/body-moisturizers.html

[102]http://www.drugstore.com/burts-bees-body-butter-mango-and-orange/qxp353587?catid=182923

[103] http://www.albabotanica.com/body/bath-shower.html

FIRST AMENDED CLASS ACTION COMPLAINT

| Nature's Gate Velvet Moisture Body Wash | $7.49/18 oz[104] | Ounce: $.42 |
|---|---|---|
| Premium paid per ounce: | | $0.37 |
| Premium paid per 12 fl oz product: | | $4.44 |

| Alba Botanica "Natural" Product: Natural Hawaiian Body Wash (Creamy Pina Colada, Revitalizing Mai Tai and Exfoliating Lava Flow varieties) | Price: $8.95/12 oz[105] | Price Per Ounce: $0.75 |
|---|---|---|
| Comparable product: Nature's Gate Velvet Moisture Body Wash | Price: $7.49/18 oz [106] | Price Per Ounce: $0.42 |
| Premium paid per ounce: | | $0.33 |
| Premium paid per 12 oz product: | | $3.96 |

| Alba Botanica "Natural" Product: Natural Hawaiian Body Wash (Renewing Passion Fruit, Rejuvenating Papaya Mango and Nourishing Coconut Milk varieties) | Price: $10.50/7 oz[107] | Price Per Ounce: $1.50 |
|---|---|---|
| Comparable product: Nature's Gate Velvet | Price: $7.49/18 oz [108] | Price Per Ounce: |

---

[104] http://www.drugstore.com/natures-gate-moisture-body-wash-aloe-vera-velvet/qxp195918

[105] http://www.albabotanica.com/body/bath-shower.html

[106] http://www.amazon.com/Natures-Gate-Moisture-Pomegranate-Sunflower/dp/B004LLB9WW

[107] http://www.albabotanica.com/body/bath-shower.html

[108] http://www.amazon.com/Natures-Gate-Moisture-Pomegranate-Sunflower/dp/B004LLB9WW

| Moisture Body Wash | | $0.42 |
|---|---|---|
| *Premium paid per ounce:* | | $1.08 |
| *Premium paid per 7 oz product:* | | **$7.56** |

## Hair Care Products

| *Alba Botanica "Natural" Product:* Natural Hawaiian Shampoo (Colorific Plumeria, Body Builder Mango, Drink It Up Coconut Milk, So Smooth Gardenia, Gloss Boss Honeydew and Real Repair Cocoa Butter varieties) | *Price:* $10.50/12 oz[109] | *Price Per Ounce:* $0.88 |
|---|---|---|
| *Comparable product:* Nature's Gate Awapuhi Shampoo | *Price:* $6.59/18 oz[110] | *Price Per Ounce:* $0.37 |
| *Premium paid per ounce:* | | $0.51 |
| *Premium paid per 12 oz product:* | | **$6.12** |

| *Alba Botanica "Natural" Product:* Natural Hawaiian Conditioner (Colorific Plumeria, Body Builder Mango, Drink It Up Coconut Milk, So Smooth Gardenia, Gloss Boss Honeydew, Real Repair Cocoa Butter) | *Price:* $10.50/12 oz[111] | *Price Per Ounce:* $0.88 |
|---|---|---|

---

[109] http://www.albabotanica.com/hair/shampoos.html

[110] http://www.drugstore.com/natures-gate-awapuhi-volumizing-shampoo/qxp168599?catid=183491

[111] http://www.albabotanica.com/hair/conditioners.html

| Comparable product: Nature's Gate Awapuhi Conditioner | Price: $6.69/18 oz[112] | Price Per Ounce: $0.37 |
| --- | --- | --- |
| Premium paid per ounce: | | $0.51 |
| Premium paid per 12 oz product: | | **$6.12** |

| Alba Botanica "Natural" Product: Natural Hawaiian Leave-In Conditioning Mist (Drink It Up Coconut Milk) | Price: $8.99/8 oz[113] | Price Per Ounce: $1.12 |
| --- | --- | --- |
| Comparable product: Palmer's Coconut Oil Formula Replenishing Hair Mist | Price: $4.99/ 8.5 oz[114] | Price Per Ounce: $0.59 |
| Premium paid per ounce: | | $0.53 |
| Premium paid per 8 oz product | | **$4.24** |

19.     Based on the foregoing, Plaintiffs and the Classes and Subclasses have been damaged.

## CLASS ACTION ALLEGATIONS

20.     Plaintiffs bring this action as a class action pursuant to Federal Rule of Civil Procedure 23 on behalf of themselves and the Classes (the "Classes") defined as follows:

a. All purchasers of the Products in the States of Alabama, Alaska, Arkansas, California, Connecticut, Delaware, Florida, Hawaii, Illinois, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Missouri, Montana, Nebraska, New

---

[112] http://www.drugstore.com/natures-gate-awapuhi-volumizing-conditioner/qxp169425

[113] http://www.albabotanica.com/hair/conditioners.html

[114] http://www.drugstore.com/palmers-coconut-oil-formula-replenishing-hair-milk/qxp410984?catid=183407

FIRST AMENDED CLASS ACTION COMPLAINT

Hampshire, New Jersey, New York, North Carolina, Ohio, Rhode Island, South Carolina, Tennessee, Vermont, Washington, West Virginia, Wisconsin and the District of Columbia who purchased the Products primarily for personal, family or household purposes. Specifically excluded from this Class are Defendant; the officers, directors or employees of Defendant; any entity in which Defendant has a controlling interest; any affiliate, legal representative, heir or assign of Defendant; the judge to whom this case is assigned and any member of the judge's immediate family (the "Count VI Class"); in the alternative,

b. All purchasers of the Products in the States of Alaska, Arkansas, California, Connecticut, Delaware, Florida, Hawaii, Illinois, Kentucky, Maine, Maryland, Massachusetts, Michigan, Missouri, Nebraska, New Hampshire, New Jersey, New York, North Carolina, Ohio, Rhode Island, Vermont, Washington, West Virginia, Wisconsin and the District of Columbia who purchased the Products primarily for personal, family or household purposes. Specifically excluded from this Class are Defendant; the officers, directors or employees of Defendant; any entity in which Defendant has a controlling interest; any affiliate, legal representative, heir or assign of Defendant; the judge to whom this case is assigned and any member of the judge's immediate family (the "Count V Class").

21.  Plaintiff Balser seeks to represent the following Subclasses:

All purchasers of the Products in the State of Washington who purchased the Products primarily for personal, family or household purposes. Specifically excluded from this Class are Defendant; the officers, directors or employees of Defendant; any entity in which Defendant has a controlling interest; and any affiliate, legal representative, heir or assign of Defendant. Also excluded are the judge to whom this case is assigned and any member of the judge's immediate family (the "Washington Subclass"); and

All purchasers of the Products in the State of New Hampshire who purchased the Products primarily for personal, family or household purposes. Specifically excluded from this Class are

Defendant; the officers, directors or employees of Defendant; any entity in which Defendant has a controlling interest; and any affiliate, legal representative, heir or assign of Defendant. Also excluded are the judge to whom this case is assigned and any member of the judge's immediate family (the "New Hampshire Subclass").

22.    Plaintiff Kresha seeks to represent the following Subclass:

All purchasers of the Products in the State of California who purchased the Products primarily for personal, family or household purposes.  Specifically excluded from this Class are Defendant; the officers, directors or employees of Defendant; any entity in which Defendant has a controlling interest; and any affiliate, legal representative, heir or assign of Defendant. Also excluded are the judge to whom this case is assigned and any member of the judge's immediate family (the "California Subclass").

23.    The Classes and Subclasses are sufficiently numerous, as the Products are sold in thousands of stores and they include thousands of persons who have purchased the Products.

24.    There are questions of law and fact common to the Classes and Subclasses and these questions predominate over questions affecting only individual Class and Subclass members.  Common legal and factual questions include, but are not limited to:

a.   whether Defendant markets the Products in a way that is unfair, deceptive, false or misleading to a reasonable consumer;

b.   whether, by the misconduct set forth in this Complaint, Defendant has engaged in unfair, deceptive, or unlawful business practices with respect to the advertising, marketing, and sales of its Products;

c.   whether Defendant's conduct constitutes fraudulent, unfair, or unlawful conduct; and

FIRST AMENDED CLASS ACTION COMPLAINT

1      d.  whether, as a result of Defendant's misconduct alleged herein,

2          Plaintiffs and the Classes and Subclasses are entitled to restitution,

3          injunctive and/or other monetary relief.

4      25.  Plaintiffs will fairly and adequately represent the Classes and

5  Subclasses and have retained counsel experienced and competent in the

6  prosecution of consumer and class action litigation.  Plaintiffs have no interests

7  antagonistic to those of other members of the Classes or Subclasses.  Plaintiffs are

8  committed to the vigorous prosecution of this action and have retained counsel

9  experienced in litigation of this nature to represent them.  Plaintiffs anticipate no

10  difficulty in the management of this litigation as a class action.

11      26.  Plaintiffs' claims are typical of the claims of the members of the

12  Classes and Subclasses as all members of the Classes and Subclasses are similarly

13  affected by Defendant's wrongful conduct.

14      27.  A class action is superior to other available methods for the fair and

15  efficient adjudication of the controversy.  Moreover, it would be impracticable and

16  undesirable for each class member who suffered harm to bring a separate action.

17  Because of the amount of the individual Class and Subclass members' claims

18  relative to the complexity of the litigation and the financial resources of the

19  Defendant, few, if any, members of the Classes and Subclasses would seek legal

20  redress individually for the wrongs complained of here.  In addition, the

21  maintenance of separate actions would place a substantial and unnecessary burden

22  on the courts and could result in inconsistent adjudications, while a single class

23  action can determine the rights of all class members with judicial economy.

24  Absent a class action, Class members will continue to suffer damages and

25  Defendant's misconduct will proceed without remedy.

26

27

28

FIRST AMENDED CLASS ACTION COMPLAINT

**FIRST CAUSE OF ACTION**
**(Violation of the Unfair Competition Law (the "UCL") Cal.**
**Bus. & Prof. Code §17200, *et seq*. Based on Fraudulent,**
**Unlawful and Unfair Acts and Practices brought by Plaintiff Kresha on behalf**
**of the California Subclass)**

28.    The foregoing allegations are realleged and incorporated by reference as if fully set forth herein.

29.    Plaintiff Kresha asserts this First Cause of Action on behalf of the California Subclass.

30.    Under the UCL, "any unlawful, unfair or fraudulent business act or practice" constitutes unfair competition.

*Fraudulent Acts and Practices*

31.    Any business act or practice that is likely to deceive members of the public constitutes a fraudulent business act or practice under the UCL.

32.    Defendant has engaged, and continues to engage, in conduct that is likely to deceive members of the public.  This conduct includes, but is not limited to, representing the Products as "Natural," leading consumers to believe the Products contained only natural ingredients.

33.    By committing the acts alleged above, Defendant has engaged in fraudulent business acts and practices, which constitute unfair competition within the meaning of Cal. Bus. & Prof. Code §17200.

*Unlawful Acts and Practices*

34.    The violation of any law constitutes an unlawful business practice under Cal. Bus. & Prof. Code §17200.

35.    Defendant's conduct violates Section 5 of the Federal Trade Commission ("FTC") Act, 15 U.S.C. § 45, which prohibits unfair methods of competition and unfair or deceptive acts or practices in or affecting commerce.  By representing that the Products are "Natural" when, in fact, the products contain numerous synthetic ingredients, Defendant violated Section 5 of the FTC Act.

36.     Defendant's conduct also violates Cal. Health & Safety Code §111730, which prohibits the sale of any misbranded cosmetic product. The Products, that bear labeling stating, "Natural" are "false and misleading in any particular" in violation of Health & Safety Code §111730.

37.     By violating the FTC Act and/or Cal. Health & Safety Code §111730, Defendant has engaged in unlawful business acts and practices which constitute unfair competition within the meaning of Cal. Bus. & Prof. Code §17200.

*Unfair Acts and Practices*

38.     Any business practice that offends an established public policy or is immoral, unethical, oppressive, unscrupulous, or substantially injurious to consumers constitutes an "unfair" practice under the UCL.

39.     Defendant has engaged, and continues to engage, in unfair business practices.  This conduct includes representing that the Products are "Natural" when, in fact, they contain numerous synthetic and unnatural ingredients.

40.     Defendant has engaged, and continues to engage, in conduct that violates the legislatively declared policies of the FTC Act against committing unfair methods of competition and unfair or deceptive acts or practices in or affecting commerce.  Defendant gains an unfair advantage over its competitors, whose advertising for Products must comply with the FTC Act.

41.     Defendant's conduct, including misrepresenting the benefits of the Products, is substantially injurious to consumers.  Such conduct has, and continues to cause, substantial injury to consumers because consumers would not have paid such a high price for the Products but for Defendant's false promotion that the Products are "Natural."  Consumers have thus overpaid for the Products and such injury is not outweighed by any countervailing benefits to consumers or competition.

FIRST AMENDED CLASS ACTION COMPLAINT

42.     No benefit to consumers or competition results from Defendant's conduct.  Since consumers reasonably rely on Defendant's representations of the products and injury results from ordinary use of the Products, consumers could not have reasonably avoided such injury.

43.     By committing the acts alleged above, Defendant has engaged in unfair business acts and practices which constitute unfair competition within the meaning of the UCL.

44.      As a result of the conduct described above, Defendant has been unjustly enriched at the expense of Plaintiffs, the Class, and the California Subclass.

45.     An action for injunctive relief and restitution is specifically authorized under Cal. Bus. & Prof. Code §17203.

46.     Wherefore, Plaintiffs pray for judgment against Defendant, as set forth hereafter.

### SECOND CAUSE OF ACTION
**(Violation of the Consumers Legal Remedies Act (the "CLRA"), Cal. Civ. Code §1750 _et seq._ brought by Plaintiff Kresha on behalf of the California Subclass)**

47.     The foregoing allegations are realleged and incorporated by reference as if fully set forth herein.

48.     Plaintiff Kresha asserts this Second Cause of Action on Behalf of the California Subclass.

49.     Plaintiffs and each member of the Class and California Subclass are "consumers" within the meaning of Cal. Civ. Code §1761(d).

50.     The purchases of the Products constitute "transactions" within the meaning of Cal. Civ. Code §1761(e) and the Products offered by Defendant constitute "goods" within the meaning of Cal. Civ. Code §1761(a).

51.     The acts and practices of Defendant as described above were intended to deceive Plaintiffs and members of the Class as described herein, and have

resulted, and will result, in damages to Plaintiffs, the Class and the California Subclass.  These actions violated and continue to violate the CLRA in at least the following respects:

a. In violation of Section 1770(a)(5) of the CLRA, Defendant's acts and practices constitute representations that the Products have characteristics, uses and/or benefits which they do not;

b. In violation of Section 1770(a)(7) of the CLRA, Defendant's acts and practices constitute representations that the Products are of a particular standard, grade or quality which they are not; and

c. In violation of Section 1770(a)(9) of the CLRA, Defendant's acts and practices constitute the advertisement of the goods in question without the intent to sell them as advertised.

52. By reason of the foregoing, Plaintiffs and the Class have suffered an ascertainable loss and damages.

53. By committing the acts alleged above, Defendant has violated the CLRA.

54. In compliance with the provisions of Cal. Civ. Code § 1782, Plaintiff provided written notice to Defendant on August 2, 2013 regarding her intention to amend the Complaint to seek damages under Cal. Civ. Code § 1750, *et seq.*  As of the date of this amended complaint, Defendant has failed to withdraw and/or correct its advertising as to the products at issue in the complaint and has not provided appropriate consideration or other remedy to all affected consumers.

55. Plaintiff seeks damages pursuant to Cal. Civ. Code § 1781(a) on behalf of Plaintiff and the California Subclass resulting from Defendant's wrongful acts and practices alleged herein and seek the payment of costs and attorneys' fees and any other relief deemed appropriate and proper by the Court under Cal. Civ. Code § 1780.

FIRST AMENDED CLASS ACTION COMPLAINT

56.   Wherefore, Plaintiffs pray for judgment against Defendant, as set forth hereafter.

## THIRD  CAUSE OF ACTION

**(Violation of the New Hampshire Consumer Protection Act, ("NHCPA") N.H. Rev. Stat. Ann. § 358-A:1, *et seq.* brought by Plaintiff Balser on behalf of the New Hampshire Subclass)**

57.   The foregoing allegations are realleged and incorporated by reference as if set forth fully herein.

58.   Plaintiff Balser brings this count individually and as a class action pursuant Federal Rules of Civil Procedure Rule 23 on behalf of herself and the New Hampshire Subclass.

59.   Plaintiff is a "person" within the meaning of N.H. Rev. Stat. § 358-A:1.

60.   The deceptive acts and practices alleged herein occurred in trade or commerce within the State of New Hampshire.

61.   Defendant, by misrepresenting that the Products contain only "Natural" ingredients, has engaged in the following acts and practices prohibited by the NHCPA:

V. Representing that goods or services have sponsorship, approval, characteristics, ingredients, uses, benefits, or quantities that they do not have or that a person has a sponsorship, approval, status, affiliation, or connection that such person does not have; and

VII. Representing that goods or services are of a particular standard, quality, or grade, or that goods are of a particular style or model, if they are of another.

62.   Defendant's unfair and deceptive trade practices have directly, foreseeably, and proximately caused an ascertainable loss to Plaintiff and the other members of the New Hampshire Subclass.

63.     Plaintiff and the New Hampshire Subclass are entitled to recover damages and recover appropriate equitable relief, as alleged below.

64.     Wherefore, Plaintiff Balser prays for judgment against Defendant, as set forth hereafter.

## FOURTH CAUSE OF ACTION
**(Violation of the Washington Consumer Protection Act ("WCPA"), Wash. Rev. Code § 19.86.010, *et seq.*, brought by Plaintiff Balser on behalf of the Washington Subclass)**

65.     The foregoing allegations are realleged and incorporated by reference as if set forth fully herein.

66.     Plaintiff Balser brings this count individually and as a class action pursuant Federal Rules of Civil Procedure Rule 23 on behalf of herself and the Washington Subclass.

67.     Plaintiff is a "person" within the meaning of Wash. Rev. Code § 19.86.010.

68.      Defendant's misrepresentation that the Products are natural constitutes an unfair and deceptive practice occurring in trade or commerce under the WCPA.

69.     Defendant's unfair and deceptive practices impact the public interest as Defendant advertised the Products to the public in general and additional members of the public have been injured and will be injured as a result of Defendant's unlawful conduct.

70.     The conduct alleged herein was directed at consumers as the misrepresentations appear on the Products' packaging and the Products are sold to consumers at supermarkets and drugstores.

71.     Defendant's unfair and deceptive trade practices have directly, foreseeably, and proximately caused an ascertainable loss to Plaintiff and the other members of the Washington Subclass.

72.   Plaintiff and the Washington Subclass are entitled to recover damages and recover appropriate equitable relief, as alleged below.

### FIFTH  CAUSE OF ACTION
#### (Violation of State Consumer Protection Laws)
#### (Brought by Plaintiffs on Behalf of the Count V Class)

73.   Plaintiffs restate the foregoing allegations as if alleged fully herein.

74.   Plaintiffs assert this cause of action on behalf of the Count V Class under the state laws listed in Paragraph 75 below.

75.   The practices discussed above all constitute unfair competition or unfair, unconscionable, deceptive, or unlawful acts or business practices in violation of the following state consumer protection statutes:[115]

a.   **Alaska Unfair Trade Practices and Consumer Protection Act**, Alaska Stat.   § 45.50.471, *et seq.*;

b.   **Arkansas Deceptive Trade Practices Act**, Ark. Code Ann. § 4-88-101, *et seq.*;

c.   **California Consumer Legal Remedies Act**, Cal. Civ. Code § 1750 *et seq.*, **California Unfair Competition Law,** Cal. Bus. & Prof. Code § 17200 *et seq.*;

d.   **Connecticut Unfair Trade Practices Act**, Conn. Gen. Stat. § 42-110a, *et seq.*;

e.   **Delaware Consumer Fraud Act**, Del. Code Ann. tit. 6, § 2511, *et seq.*;

f.   **District of Columbia Consumer Protection Procedures Act,** D.C. Code § 28-3901, *et seq.*;

g.   **Florida Deceptive and Unfair Trade Practices Act,** Fla. Stat. § 501.201, *et seq.*;

---

[115] There is no material conflict between these state statutes and the CLRA, the UCL, the NHCPA or the WCPA because these state statutes (1) do not require reliance by unnamed class members; (2) do not require scienter; and (3) allow class actions.

h. **Hawaii Unfair and Deceptive Practices Act**, Hawaii Rev. Stat. § 480-1, *et seq.*;

i. **Illinois Consumer Fraud and Deceptive Business Practices Act**, 815 Ill. Comp. Stat. § 505/1, *et seq.*;

j. **Kentucky Consumer Protection Act**, Ky. Rev. Stat. Ann. § 367.110, *et seq.*;

k. **Maine Unfair Trade Practices Act**, Me. Rev. Stat. tit. 5, § 205-A, *et seq.*;

l. **Maryland Consumer Protection Act**, Md. Code Ann., Com. Law § 13-101, *et seq.*;

m. **Massachusetts Regulation of Business Practices for Consumers' Protection Act**, Mass. Gen. Laws Ann. ch. 93A, § 1, *et seq.*;

n. **Michigan Consumer Protection Act,** Mich. Comp. Laws § 445.901, *et seq.*;

o. **Missouri Merchandising Practices Act**, Mo. Rev. Stat. § 407.010, *et seq.*;

p. **Nebraska Consumer Protection Act**, Neb. Rev. Stat. § 59-1601, *et seq.*;

q. **New Hampshire Consumer Protection Act**, N.H. Rev. Stat. Ann. § 358-A:1, *et seq.*;

r. **New Jersey Consumer Fraud Act**, N.J. Stat. Ann. § 56:8-1, *et seq.*;

s. **New York Deceptive Acts and Practices Act**, N.Y. Gen. Bus. Law § 349, *et seq.*;

t. **North Carolina Unfair Trade Practice Act**, N.C. Gen. Stat. § 75-1.1, *et seq.*;

u. **Ohio Consumer Sales Practice Act**,  Ohio Rev. Code Ann. § 1345.01, *et seq.*;

FIRST AMENDED CLASS ACTION COMPLAINT

v. **Rhode Island Unfair Trade Practices and Consumer Protection Act**, R.I. Gen. Laws § 6-13.1-1, *et seq.*;

w. **Vermont Consumer Fraud Act**, Vt. Stat. Ann. tit. 9, § 2451, *et seq.*;

x. **Washington Consumer Protection Act**, Wash. Rev. Code § 19.86.010, *et seq.*;

y. **West Virginia Consumer Credit and Protection Act,** W. Va. Code Ann. § 46A-6-101, *et seq.*; and

z. **Wisconsin Deceptive Trade Practices Act**, Wis. Stat. § 100.18, *et seq.*

76.     Plaintiffs and the Count V Class are entitled to recover damages and receive appropriate equitable relief, as alleged below.

**SIXTH CAUSE OF ACTION**
**(Violation of State Consumer Protection Laws)**
**(Brought by Plaintiffs on Behalf of the Count VI Class)**

77.     Plaintiffs restate the foregoing allegations as if alleged fully herein.

78.     Plaintiffs assert this cause of action on behalf of the Count VI Class under the state laws listed in Paragraph 79 below.

79.     The practices discussed above all constitute unfair competition or unfair, unconscionable, deceptive, or unlawful acts or business practices in violation of the following state consumer protection statutes:[116]

a. **Alabama Deceptive Trade Practices Act**, Ala. Code § 8-19-1, *et seq.*;

---

[116] These state statutes do not materially conflict with the CLRA, the UCL, the NHCPA or the WCPA.  The statutes include those statutes listed in the Fifth Cause of Action as well as additional states whose statutes, like the CLRA and the UCL, require neither reliance by unnamed class members nor scienter, but do not permit class actions.  Under *Shady Grove Orthopedic Assoc's v. Allstate Ins. Co.*, 559 U.S. 393, 130 S. Ct. 1431, 176 L. Ed. 2d 311 (2010), class actions may be brought under these state statutes in federal court under Federal Rules of Civil Procedure Rule 23.

FIRST AMENDED CLASS ACTION COMPLAINT

b. **Alaska Unfair Trade Practices and Consumer Protection Act**, Alaska Stat. § 45.50.471, *et seq.*;

c. **Arkansas Deceptive Trade Practices Act**, Ark. Code Ann. § 4-88-101, *et seq.*;

d. **California Consumer Legal Remedies Act**, Cal. Civ. Code § 1750, *et seq.*, **California Unfair Competition Law,** Cal. Bus. & Prof. Code § 17200, *et seq.*;

e. **Connecticut Unfair Trade Practices Act**, Conn. Gen. Stat. § 42-110a, *et seq.*;

f. **Delaware Consumer Fraud Act**, Del. Code Ann. tit. 6, § 2511, *et seq.*;

g. **District of Columbia Consumer Protection Procedures Act,** D.C. Code § 28-3901, *et seq.*;

h. **Florida Deceptive and Unfair Trade Practices Act,** Fla. Stat. § 501.201, *et seq.*;

i. **Hawaii Unfair and Deceptive Practices Act**, Hawaii Rev. Stat. § 480-1, *et seq.*;

j. **Illinois Consumer Fraud and Deceptive Business Practices Act**, 815 Ill. Comp. Stat. § 505/1, *et seq.*;

k. **Kentucky Consumer Protection Act**, Ky. Rev. Stat. Ann. § 367.110, *et seq.*;

l. **Louisiana Unfair Trade Practices and Consumer Protection Law**, La. Rev. Stat. Ann. § 51:1401, *et seq.*;

m. **Maine Unfair Trade Practices Act**, Me. Rev. Stat. tit. 5, § 205-A, *et seq.*;

n. **Maryland Consumer Protection Act**, Md. Code Ann., Com. Law § 13-101, *et seq.*;

o.  **Massachusetts Regulation of Business Practices for Consumers' Protection Act**, Mass. Gen. Laws Ann. ch. 93A, § 1 *et seq.*;

p.  **Michigan Consumer Protection Act,** Mich. Comp. Laws § 445.901 *et seq.*;

q.  **Missouri Merchandising Practices Act**, Mo. Rev. Stat. § 407.010, *et seq.*;

r.  **Montana Unfair Trade Practices and Consumer Protection Act,** Mont. Code Ann. § 30-14-101, *et seq.*;

s.  **Nebraska Consumer Protection Act**, Neb. Rev. Stat. § 59-1601, *et seq.*;

t.  **New Hampshire Consumer Protection Act**, N.H. Rev. Stat. Ann. § 358-A:1, *et seq.*;

u.  **New Jersey Consumer Fraud Act**, N.J. Stat. Ann. § 56:8-1, *et seq.*;

v.  **New York Deceptive Acts and Practices Act**, N.Y. Gen. Bus. Law § 349, *et seq.*;

w.  **North Carolina Unfair Trade Practice Act**, N.C. Gen. Stat. § 75-1.1, *et seq.*;

x.  **Ohio Consumer Sales Practice Act**,  Ohio Rev. Code Ann. § 1345.01, *et seq.*;

y.  **Rhode Island Unfair Trade Practices and Consumer Protection Act**, R.I. Gen. Laws § 6-13.1-1, *et seq.*;

z.  **South Carolina Unfair Trade Practices Act**, S.C. Code Ann. § 39-5-10, *et seq.*;

aa. **Tennessee Consumer Protection Act of 1977**, Tenn. Code Ann. § 47-18-101, *et seq.*;

bb. **Vermont Consumer Fraud Act**, Vt. Stat. Ann. tit. 9, § 2451, *et seq.*;

cc. **Washington Consumer Protection Act**, Wash. Rev. Code § 19.86.010, *et seq.*;

dd. **West Virginia Consumer Credit and Protection Act,** W. Va. Code Ann. § 46A-6-101, *et seq.*; and

ee. **Wisconsin Deceptive Trade Practices Act**, Wis. Stat. § 100.18, *et seq.*

80.    Plaintiffs and the Count VI Class are entitled to recover damages and receive appropriate equitable relief, as alleged below.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray for judgment and relief against Defendant as follows:

A.    For an Order certifying the Classes and Subclasses described herein and appointing Plaintiffs as Class Representatives and their attorneys as Class Counsel;

B.    that the Court preliminarily and permanently enjoin Defendant from conducting its business through the unlawful, unfair or fraudulent business acts or practices, untrue and misleading advertising and other violations of law described in this Complaint;

C.    that the Court order Defendant to notify each and every class member who purchased the Products of the pendency of the claims in this action in order to give such individuals and businesses an opportunity to obtain restitution from Defendant;

D.    that the Court order Defendant to pay restitution to restore to all class members all funds acquired by means of any act or practice declared by this Court to be an unlawful, unfair, or a fraudulent business act or practice, untrue or misleading advertising, plus pre- and post-judgment interest thereon;

E.    that the Court order Defendant to disgorge all monies wrongfully obtained and all revenues and profits derived by Defendant as a result of its acts or practices as alleged in this Complaint;

F.    that the Court award damages to Plaintiffs, the Classes and the Subclasses;

G.    that the Court grant Plaintiffs their reasonable attorneys' fees and costs of suit pursuant to Cal. Civ. Proc. Code § 1021.5, Cal. Civ. Code § 1780(e), the common fund doctrine and/or any other appropriate legal theory;

H.    for treble damages with respect to the Washington Subclass; and

I.    that the Court grant such other and further relief as may be just and proper.

## JURY DEMAND

Plaintiffs demand a trial by jury on all causes of action so triable.


DATED:  September 30, 2013



Elizabeth P. Lin (State Bar No. 174663)
THE LIN LAW FIRM, APLC
2705 S. Diamond Bar Blvd., Suite 398
Diamond Bar, CA 91765
Telephone: (909) 595-5522
Facsimile: (909) 595-5519
elizabethl@thelinlawfirm.com

Mark P. Kindall (State Bar No. 138703)
Robert A. Izard (admitted *pro hac vice*)
Jeffrey S. Nobel (admitted *pro hac vice*)
Nicole A. Veno (admitted *pro hac vice*)
IZARD NOBEL LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: (860) 493-6292
Facsimile: (860) 493-6290

*Attorneys for Plaintiffs*

FIRST AMENDED CLASS ACTION COMPLAINT

1

2

3  **AFFIDAVIT OF RUTH KRESHA**

4  I, RUTH KRESHA, submit this Affidavit pursuant to § 1780(d) of the California Code of

5  Civil Procedure, Consumer Legal Remedies Act, and declare the following:  ,

6  1.  I am a named plaintiff in this litigation.

7  2.  If called as a witness I could and would competently testify as to the matters

included herein.

8  3.  I am informed and believe that the Defendant conducts substantial business

9  activity in the State of California and within this District, and a substantial part of the events or

10  omissions giving rise to the claims asserted in the Complaint occurred in this District.  Therefore,

11  this District is a proper place for trial of this action.

I declare under penalty of perjury under the laws of the United States and the State of

12  California that the foregoing is true and correct.  Executed this 2⁶ day of August, 2013 in

13  Bakersfield, California.

14

15

16

17  Ruth Kresha

RUTH KRESHA
18

19

20

21

22

23

24

25

26

27

28

2

AFFIDAVIT

# CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September, 2013, I caused a true and

correct copy of the foregoing **FIRST AMENDED CLASS ACTION**

**COMPLAINT** to be sent via electronic mail and regular U.S. mail, postage

prepaid, to the following:

> William L. Stern
> Claudia Maria Vetesi
> Kathleen B. Roney
> MORRISON & FOERSTER LLP
> 425 Market Street
> San Francisco, CA  94105-2482
> cvetesi@mofo.com
> kroney@mofo.com
> wstern@mofo.com

I certify under penalty of perjury under the laws of the United States of

America that the foregoing is true and correct.  Executed on September 30, 2013.

Elizabeth P. Lin