WILLIAM L. STERN (Bar No. 96105)
WStern@mofo.com
CLAUDIA M. VETESI (Bar No. 233485)
CVetesi@mofo.com
KATHLEEN B. RONEY (Bar No. 268446)
KRoney@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

PURVI G. PATEL (Bar No. 270702)
PPatel@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendant
THE HAIN CELESTIAL GROUP, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALESSANDRA BALSER and RUTH KRESHA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HAIN CELESTIAL GROUP, INC.,<br><br>Defendant. | Case No.   CV 13-05604 R (RZx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT THE HAIN CELESTIAL GROUP, INC.'S MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT AND MOTION TO STRIKE**<br><br>Hon. Manuel L. Real<br><br>Date:   December 2, 2013<br>Time:   10:00 a.m.<br>Courtroom: 8 |

1  The motion of Defendant The Hain Celestial Group, Inc. ("Defendant") to
2  dismiss Plaintiffs' First Amended Class Action Complaint pursuant to Rules
3  12(b)(6), 12(b)(1), and 9(b) of the Federal Rules of Civil Procedure, and to strike
4  pursuant to Rule 12(f), came on for hearing on December 2, 2013. Counsel for
5  both parties appeared.
6  Based on the supporting and opposing papers, exhibits, and the papers and
7  records on file in this action, Defendant's Motion to Dismiss and to Strike is
8  GRANTED, without leave to amend.

10  **IT IS SO ORDERED.**
11  DATED:

13                                            HONORABLE MANUEL L. REAL
14                                            United States District Court Judge

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 29th day of October, 2013, the foregoing document was filed electronically on the CM/ECF system, which caused all CM/ECF participants to be served by electronic means.

*/s/ William L. Stern*
WILLIAM L. STERN

Attorneys for Defendant
THE HAIN CELESTIAL GROUP, INC.

[PROPOSED] ORDER GRANTING MTD FAC
CASE NO. CV 13-05604 R (RZX)
sf-3348606

2