| | |
|---|---|
| 1 | WILLIAM L. STERN (Bar No. 96105) |
| | WStern@mofo.com |
| 2 | CLAUDIA M. VETESI (Bar No. 233485) |
| | CVetesi@mofo.com |
| 3 | KATHLEEN B. RONEY (Bar No. 268446) |
| | KRoney@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 5 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 6 | Facsimile: 415.268.7522 |
| 7 | PURVI G. PATEL (Bar No. 270702) |
| | PPatel@mofo.com |
| 8 | MORRISON & FOERSTER LLP |
| | 707 Wilshire Boulevard |
| 9 | Los Angeles, California 90017 |
| | Telephone: 213.892.5200 |
| 10 | Facsimile: 213.892.5454 |
| 11 | Attorneys for Defendant |
| | THE HAIN CELESTIAL GROUP, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALESSANDRA BALSER and RUTH KRESHA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HAIN CELESTIAL GROUP, INC.,<br><br>Defendant. | Case No. CV 13-05604 R (RZx)<br><br>**DECLARATION OF KATHLEEN B. RONEY IN SUPPORT OF DEFENDANT THE HAIN CELESTIAL GROUP, INC.'S MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT AND MOTION TO STRIKE**<br><br>Hon. Manuel L. Real<br><br>Date: December 2, 2013<br>Time: 10:00 a.m.<br>Courtroom: 8 |

I, KATHLEEN B. RONEY, declare:

1. I am an attorney at the law firm of Morrison & Foerster LLP, counsel for Defendant The Hain Celestial Group, Inc. ("Hain" or "Defendant"). I submit this declaration in support of Hain's Motion to Dismiss First Amended Class Action Complaint and Motion to Strike.

2. **Exhibit A** to Defendant's Request for Judicial Notice in Support of Its Motion to Dismiss First Amended Class Action Complaint and Motion to Strike ("RJN") is a true and correct copy of the front label of "Nature's Gate® Herbal Skin Therapy Lotion" at issue in the First Amended Complaint ("FAC").

3. The image was obtained from the website "iHerb.com," an online store whose mission statement is: "Providing the best overall value for natural products through 'e-simplicity.'" The image can be found at the following web address: http://www.iherb.com/product-reviews/Nature-s-Gate-Skin-Therapy-Lotion-Moisturizing-18-fl-oz-532-ml/6191/?p=4. I last visited the website on October 29, 2013.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 29th day of October, 2013, at San Francisco, California.

*/s/ Kathleen B. Roney*
Kathleen B. Roney

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 29th day of October, 2013, the foregoing document was filed electronically on the CM/ECF system, which caused all CM/ECF participants to be served by electronic means.

*/s/ William L. Stern*
WILLIAM L. STERN

Attorneys for Defendant
THE HAIN CELESTIAL GROUP, INC.

RONEY DECLARATION ISO MTD FAC
CASE NO.  CV 13-05604 R (RZX)
sf-3348591

2